## MOTION DOCKET

**98–2449.  State v. Issa.**
Hamilton C.P. No. B9709438. On motion for admission *pro hac vice* of Thomas H. Speedy Rice by Martin S. Pinales. Motion granted.

**98–2572.  Home Builders Assn. of Dayton & the Miami Valley v. Beavercreek.**
Greene App. Nos. 97CA113 and 97CA115. On motion for admission *pro hac vice* of Christopher Senior by Michael P. McNamee. Motion granted.

**99–93.  State v. Hanna.**
Warren C.P. No. 98CR17677. On motion to supplement record. Motion granted.

**99–164.  Brown v. Dayton.**
Montgomery App. Nos. 16875 and 16876. On motion to strike proposition from merit brief of city of Dayton. Motion denied.

**99–206.  Humphrey v. Lane.**
Hocking App. No. 98CA4. On motion for admission *pro hac vice* of Edward B. Foley by David M. Gormley. Motion granted.

**99–1058.  State v. Williams.**
Cuyahoga App. Nos. 64925 and 68690. On motion for leave to file delayed appeal. Motion denied.

**99–1095.  Williams v. Williams.**
Warren App. No. CA98–09–114. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Entry Granting Motion to Certify filed May 14, 1999, at pages 1 to 2:

"The above cause is before the court pursuant [to] a motion to certify conflict filed by counsel for appellant, Charles Williams, on April 8, 1999. Appellant contends that this court's decision in the above case conflicts with decisions by other appellate courts with respect to how child support is to be calculated when the child receives social security benefits due to the disability of a parent. Appellant therefore contends that our decision is in conflict with decisions by the Seventh District Court of Appeals in *Stephenson v. Stephenson* (Mar. 18, 1996), Mahoning App. No. 94 C.A. 67, unreported [1996 WL 133000], and the Second Appellate District in *McClure v. McClure* (Sept. 27, 1996), Montgomery App. No. 95–CA–86, unreported [1996 WL 562793].

"Upon due consideration of the foregoing, the court finds that there is a conflict between the decision in the subject case and the *Stephenson* and *McClure* cases. Appellant's motion for certification is hereby GRANTED. The issue for certification shall be as follows: Should a disabled parent's child support obligation be directly set off by social security payments received on behalf of a minor child, or should the joint child support obligation of both parties be reduced by the amount of the social security payments."

*Sua sponte,* cause consolidated with 99–934, *infra.*

**99–1226.  State v. Booth.**
Franklin App. No. 98AP–944. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**99–1297.  State v. Eubanks.**
Cuyahoga App. No. 73421. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.

**99–1304.  State v. Sandoval.**
Sandusky App. No. S–95–055. On motion for leave to file delayed appeal. Motion denied.